JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PAYTON, | Case No. 5:21-cv-2041-JFW (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF SHREVEPORT LOUISIANA, ET AL, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: March 24, 2022

_____
HONORABLE JOHN F. WALTER
United States District Judge